19-0721

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Gloria Kearse<br><br>                             Debtor(s) | 20-11014 ELF<br><br>Chapter 13 Proceeding |
| PENNYMAC LOAN SERVICES, LLC<br>                             Movant<br>v.<br>Gloria Kearse<br>and<br>William C. Miller, Esquire<br>                           Respondents | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      PENNYMAC LOAN SERVICES, LLC has filed a motion for relief from the automatic stay with the court to permit PENNYMAC LOAN SERVICES, LLC to foreclose on 22 E. Marshall Road, Lansdowne, PA 19050.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **09/22/2021,** you or your attorney must do all of the following:

    (a)     file an answer explaining your position at:  United States Bankruptcy Clerk, United States Bankruptcy Court, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 202, Philadelphia, PA  19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

                                        POWERS KIRN, LLC
                                        Eight Neshaminy Interplex, Suite 215
                                        Trevose, PA 19053
                                        Telephone: 215-942-2090
                                        Facsimile: 215-942-8661

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A telephonic hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on ___10/05/2021___ at __9:30 am___ pursuant to Standing Order 20-3003 dated March 16, 2020. Parties may participate in the telephonic hearing by calling (877) 336-1828 and entering access code 1229352.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy

from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   09/08/2021