19-0721

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gloria Kearse<br><br>Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Gloria Kearse and<br>William C. Miller, Esquire<br>Respondents | 20-11014 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 10/05/2021 at 9:30 AM |

## CERTIFICATE OF NO RESPONSE
## TO MOTION FOR RELIEF

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 8, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **09/22/2021**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                  Respectfully submitted,
                                                  POWERS KIRN, LLC

By:    /s/ Jill Manuel-Coughlin
          By: Jill Manuel-Coughlin
          Attorney ID #    63252
          Eight Neshaminy Interplex, Suite 215
          Trevose, PA 19053
          Telephone: 215-942-2090
          Facsimile: 215-942-8661
          E-mail: Jill@powerskirn.com
          Attorney for Movant
          DATED: September 24, 2021

19-0721

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gloria Kearse<br><br>                                                    Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                                                    Movant<br>v.<br>Gloria Kearse and<br>William C. Miller, Esquire<br><br>                                                    Respondents | 20-11014 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  10/05/2021 at 9:30 AM |

## CERTIFICATION OF SERVICE AND NOTICE

JILL MANUEL-COUGHLIN, counsel for PENNYMAC LOAN SERVICES, LLC, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on September 24, 2021:

### *Served Electronically*:

Kenneth E. West, Esquire
830 Lansdowne Avenue
 Drexel Hill, PA  19026
Attorney for Debtor(s)

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107
Trustee

### *Served Via 1st Class Mail:*

Gloria Kearse
22 E Marshall Rd
Lansdowne PA  19050
Debtor

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin
By:  Jill Manuel-Coughlin
Attorney ID #      63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@powerskirn.com
Attorney for Movant
DATED:  September 24, 2021