# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

GLORIA KEARSE
        Debtor(s)  NO. 20-11014 ELF

## SUGGESTION OF DEATH

TO THE CLERK OF COURT:

AND NOW, this 27TH of September, 2021, it is suggested of record that Debtor, Gloria Kearse died on JUNE 26, 2021.  A copy of debtor's Death Certificate is attached hereto.

Date:   September 27, 2021

                                             */s/Kenneth E. West*
                                             KENNETH E. WEST, ESQUIRE
                                             Douglass, West & Associates
                                             830 Lansdowne Avenue
                                             Drexel Hill, PA  19026
                                             Phone No.:     610-446-9000
                                             Fax No.:         610-449-5380
                                             Counsel for Debtor(s)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**



for this certificate: $20.00

This is to certify that the information here correctly copied from an original Certificate duly filed with me as Local Registrar. The certificate will be forwarded to the State Records Office for permanent filing.

*Steven Karr*   JUL 06
Local Registrar    Date Issued

Certification Number

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
### CERTIFICATE OF DEATH

State File Number:

1. Decedent's Legal Name: **Gloria Kearse**
3. Sex: **Female**
4. Date of Death: **June 26, 2021**
5a. Age: **59**
6. Date of Birth: **May 08, 1962**
7a. Birthplace: **New York, New York**
7b. Birthplace (County): **Queens**
8a. Residence State: **Pennsylvania**
8b. Residence County: **Delaware**
8c. Residence Street: **22 E Marshall Road**
8e. Residence Zip: **19050**
8f. Decedent lived within limits of: **Lansdowne**
10. Marital Status: **Never Married**
12. Father/Parent's Name: **Curtis Kearse**
13. Mother/Parent's Name Prior to First Marriage: **Arlene Williams**
14a. Informant's Name: **Arlene Williams**
14b. Relationship: **Mother**
14c. Informant's Mailing Address: **6123 Reinhard Street Philadelphia, PA 19142**
15. Place of Death: **Decedent's Home**
15b. Facility Name: **22 E Marshall Road**
15c. City/Town/State/Zip: **Lansdowne, Pennsylvania 19050**
15d. County of Death: **Delaware**
16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **June 30, 2021**
16c. Place of Disposition: **Delaware County Crematory, LLC**
16d. Location: **Lansdowne, Pennsylvania 19050**
17c. Name and Complete Address of Funeral Facility: **Wood Funeral Home Inc, 5537-39 W Girard Avenue Philadelphia, Pennsylvania 19131**
17a. Signature of Funeral Service Licensee: **Wanda Annette Wood (Electronically Signed)**
17b. License Number: **FD013126L**

18. Decedent's Education: **High school graduate or GED completed**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **Black or African American**
21. Decedent's Single Race Self-Designation: **Black or African American**
22a. Decedent's Usual Occupation: **Bus Operator**
22b. Kind of Business/Industry: **Septa**

23a. Date Pronounced Dead: **June 26, 2021**
24. Time of Death: **01:00 PM**

### CAUSE OF DEATH

28. Part I:
a. Immediate Cause: **Pulmonary Embolus, suspected**
b. **Respiratory Arrest**
c. **Cardiac Arrest**
d.

29. If Female: **Not pregnant within past year**
30. Did Tobacco Use Contribute to Death?: **Probable**
31. Manner of Death: **Natural**

Signature of certifier: **GENEVIEVE MARIE MINICK** / Title: **MD**
License Number: **MD418978**
Name, Address and Zip Code of Person Completing Cause of Death: **GENEVIEVE MINICK, Crozer-Keystone Ctr For Family Springfield, Pennsylvania 19064**
Date Signed: **June 29, 2021**

40. Registrar's District Number: **23-236**
41. Registrar's Signature: *Steven J Karr (Signature on File)*
42. Registrar's File Date: **July 06, 2021**

Disposition Permit No. 1760472