**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Gloria Kearse<br><br>Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br><br>v.<br>Gloria Kearse<br>and<br>William C. Miller, Esquire<br>Respondents | 20-11014 ELF<br><br>Chapter 13 Proceeding |

**ORDER**

AND NOW, this 5th day of October, 2021, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to exercise its *in rem* rights under its loan documents with regard to the property located at 22 E. Marshall Road, Lansdowne, PA 19050 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PENNYMAC LOAN SERVICES, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Movant is no longer required to send and/or file the Notice(s) required by Federal Rule of Bankruptcy Procedure 3002.1.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Order entered by default.**

_____
United States Bankruptcy Judge
Eric L. Frank