UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

GLORIA KEARSE
  Debtor(s)   NO. 20-11014 ELF

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtor(s) in the above-referenced matter.

Date: 9/30/2021

*Kenneth E. West* (signature)

Kenneth E. West, Esq.
830 Lansdowne Avenue
Drexel Hill, PA 19026
Phone No.:   610-446-9000
Fax No.:   610-449-5380

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor(s) in the above-referenced matter.

Dated: 10/7/21

(signature)

Robert Holber, Esq.
41 E. Front Street
Media PA 19063
610-565-5463
Counsel for Debtor(s)