UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　Gloria Kearse (DECEASED)<br><br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 20-11014-AMC |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 1, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE