United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-11014-amc
Gloria Kearse   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Dec 01, 2021   Form ID: pdf900   Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Gloria Kearse, 22 E Marshall Rd, Lansdowne, PA 19050-1201 |
| 14469838 | | City of Philadelphia - Law Dept., 15 Fl, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14469845 | | Dynamic Recovery Services, PO Box 25759, Greenville, SC 29616-0759 |
| 14469847 | | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 14469848 | | Forge F.C.U., John Burke, 1412 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14469849 | | Full CIrcle Financial Services LLC, PO Box 2365, Oldsmar, FL 34677-2193 |
| 14470864 | + | PENNYMAC LOAN SERVICES, LLC, c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14581018 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469853 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14469855 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Assoc., PO Box 12903, Norfolk, VA 23541-0000 |
| 14470140 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14493699 | + | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14493844 | | PennyMac Loan Services,LLC, PO BOX 660929, Dallas, TX 75266-0929 |
| 14469852 | | Pennymac Loan Services, LLC, Corresp. Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14581198 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14469856 | | Powers, Kirn Associates, LLC, 8 Neshaminy Interplex Dr # 215, Feasterville Trevose, PA 19053-6980 |
| 14469857 | | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14469862 | | Zakiyyah Stokes, 6119 Reinhard St, Philadelphia, PA 19142-2427 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 01 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14469837 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:06 | American Eagle Oufitters, PO Box 981064, El Paso, TX 79998-1064 |
| 14509360 | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14528475 | | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | City of Philadelphia Law Department, Tax & |

Case 20-11014-amc   Doc 62   Filed 12/03/21   Entered 12/04/21 00:34:54   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14469839 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank - Loft, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14469840 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank - Modell's, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14469841 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank - Piercing Pagoda, Customer Care Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 14469842 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank - Torrid, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14469843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14469844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2021 23:52:00 | Comenity Bank/NewYork & Co., PO Box 182273, Columbus, OH 43218-2273 |
| 14469851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2021 00:00:15 | Macy's, PO Box 8053 Bankruptcy Processing, Mason, OH 45040 |
| 14469846 | | Email/Text: bknotice@ercbpo.com | Dec 01 2021 23:52:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14469850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2021 00:00:06 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 14473649 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 00:00:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14469854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:11 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 14488607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14488311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 00:00:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14469858 | | Email/Text: lmovitz@sharkninja.com | Dec 01 2021 23:52:00 | Sharkninja Operating LLC, 89 A St, Needham, MA 02494-2806 |
| 14469857 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 01 2021 23:53:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14469859 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 02 2021 00:00:14 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 14469860 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2021 23:52:00 | Verizon Wireless, PO Box 5029 20 Alexander Drive, Wallingford, CT 06492-7529 |
| 14469861 | + | Email/Text: megan.harper@phila.gov | Dec 01 2021 23:53:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14475416 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Dec 01, 2021     Form ID: pdf900     Total Noticed: 41

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor Gloria Kearse rholber@holber.com |
| SARAH K. MCCAFFERY | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gloria Kearse (DECEASED)<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-11014-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 1, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE